[Civil No. 2655. Filed July 6, 1927.]

[257 Pac. 989.]

In the Matter of the Application of HERMAN LEWKOWITZ for a Writ of Habeas Corpus. HERMAN LEWKOWITZ, Petitioner, v. JERRY SULLIVAN, Sheriff of Maricopa County, State of Arizona, Respondent.

Messrs. Alexander B. Baker, Edw. J. Flanigan, Thos. W. Nealon, Thos. J. Croaff, Joseph W. Conway, J. B. Zaversack, Henry H. Miller, Joseph E.

318

Morrison, Lin H. Orme, Jr., Gene S. Cunningham, Chas. A. Carson, Jr., A. T. La Prade, Hess Seaman, H. M. Van Denburgh, Joseph M. Holub and Thos. A. Flynn, for Petitioner.

Mr. Geo. T. Wilson, County Attorney, and Mr. Benton Dick, Assistant County Attorney, and Messrs. F. C. Struckmeyer, F. H. Lyman and J. L. Gust, of counsel, for Respondent.

McALISTER, J.—This is a proceeding similar in all respects to that of *Howard C. Speakman* v. *Jerry Sullivan,* Sheriff, just decided, *ante,* p. 307, 257 Pac. 986, and upon the authority of that case the petitioner herein, Herman Lewkowitz, is discharged.

ROSS, C. J., and LOCKWOOD, J., concur.